# Exhibit 1 Video